UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA  DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 5:07-cr-19-Oc-10GRJ

MANUEL ENRIQUE TORREGROSA-CASTRO

## MOTION BY THE UNITED STATES FOR
## REDUCTION OF DEFENDANT'S SENTENCE

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing

Guidelines, and Title 18, United States Code, Section 3553(e), the United States moves

this Court to grant a 3-level reduction in the defendant's offense level, and in support

thereof states as follows:

Upon arrest, the defendant began cooperating with law enforcement officers

regarding individuals the defendant was involved with in the distribution of cocaine.

The defendant testified at a suppression hearing in the case, United States v. Jaime

Medina, Case No. 06-232(DDC) and was prepared to testify at trial in that case.

However, the defendants pleaded guilty the first day of trial.

## MEMORANDUM OF LAW

The Court, on motion of the government, may reduce a defendant's sentence to

reflect a defendant's substantial assistance.  USSG §5K1.1.  Here, defendant, Manuel

Enrique Torregrosa-Castro, provided truthful and timely information to the United

States, testified at a suppression hearing, and was willing to testify at trial against others

which impacted their decisions to plead guilty.

The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a 3-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this court should grant the government's motion for reduction of sentence.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:   s/Julie Hackenberry Savell
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division
Bar No. 0094201
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent by

United States Mail this <u>19th</u> day of July, 2010, to the following:

    William Barzee, Esq.

    Richard M. Svendsen
    U.S. Probation

                  s/Julie Hackenberry Savell
                JULIE HACKENBERRY SAVELL
                Assistant United States Attorney